**DENIED and Opinion Filed November 17, 2022**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01218-CV

## IN RE TINA CHAPMAN AND VINSON CHAPMAN, Relators

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-07021**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

On November 15, 2022, relators filed a petition seeking a writ of mandamus compelling the trial court to hold hearings on relators' September 6, 2022 "Motion, Pursuant to Rule 306a, to Determine Date on Which Notice of Judgment Was Received or Actual Knowledge of Judgment Was Acquired" (the Rule 306a Motion) and September 6, 2022 "Motion for New Trial, Motion for Reconsideration, and Motion to Reform and Correct Judgment." On November 16, 2022, relators filed an amended petition seeking a writ of mandamus compelling the trial court to hold a hearing on only relators' Rule 306a Motion.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In*

*re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' amended petition and the record before us, we conclude that relators have failed to demonstrate a clear abuse of discretion.

Accordingly, we deny relators' amended petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

Further, based on our review, the appendices attached to relators' petition and amended petition contain unredacted sensitive information, including a driver's license number and the full names, birthdates, and home addresses of minors, in violation of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 9.9.

Accordingly, we strike relators' Petition for Writ of Mandamus and Amended Petition for Writ of Mandamus, including their attached appendices.


/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE


221218F.P05